No. 889. BRIGGS ET AL. *v.* BRESWICK & CO. ET AL. C. A. 2d Cir. Certiorari denied. *Thomas F. Daly* for Briggs et al., and *James F. Dwyer* for Murchison et al., petitioners. *George Brussel, Jr.* for respondents.

No. 13, Misc. TENSLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 286, Misc. TOMPKINS *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 446, Misc. SCRANTON *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. *Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 542, Misc. SIPLE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 569, Misc. McMORROW *v.* ALVIS, WARDEN. Court of Appeals of Ohio. Certiorari denied. Petitioner *pro se. C. William O'Neill,* Attorney General of Ohio, and *John W. Shoemaker,* Assistant Attorney General, for respondent.

No. 590, Misc. HENDERSON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Ernest Goodman* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor

General, and *Daniel J. O'Hara*, Assistant Attorney General, for respondent. *G. Leslie Field* filed a brief for the American Civil Liberties Union, Metropolitan Detroit Branch, as *amicus curiae*, urging that the petition be granted.

No. 596, Misc. SALMOND *v.* ISBRANDTSEN Co., INC., ET AL. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. *Gilbert Rosenthal* for petitioner. *Vernon Sims Jones* and *James B. Magnor* for the Isbrandtsen Co., Inc., and *Frank A. Bull* for the Bethlehem Steel Co., respondents.

No. 610, Misc. JOHNSON, ALIAS MARCIAL, *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se*. *Edward S. Silver* and *William I. Siegel* for respondent.

No. 659, Misc. ILLINOIS EX REL. STEVENS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 666, Misc. RAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard* and *Paul A. Sweeney* for the United States.

No. 703, Misc. MCKINNEY *v.* CALIFORNIA. Superior Court of California for Los Angeles County, Appellate Department. Certiorari denied. Petitioner *pro se*. *Roger Arnebergh* and *Philip E. Grey* for respondent.